STATE BOARD OF MEDICAL EXAMINERS OF NEW JERSEY, PLAINTIFF-RESPONDENT, v. WARREN HOSPITAL, A NEW JERSEY CORPORATION, DEFENDANT-APPELLANT.

Superior Court of New Jersey
Appellate Division

Argued February 13, 1969—Decided February 21, 1969.

Before Judges GOLDMANN, KOLOVSKY and CARTON.

*Mr. James A. Tirrell, Jr.* argued the cause for appellant.

*Mr. Howard M. Kaplan,* Deputy Attorney General, argued the cause for respondent (*Mr. Arthur J. Sills,* Attorney General, attorney; *Mr. Stephen Skillman,* Deputy Attorney General, of counsel).

PER CURIAM. The judgment is affirmed substantially for the reasons expressed in Judge Bry-Nildsen's opinion reported in 102 *N. J. Super.* 407 (*Cty. D. Ct.* 1968).